Announced Wednesday, April 7

38601. The Buckeye Union Casualty Co., appellant v. Illinois National Ins. Co., appellee. Brown, Judge.

One who is loading an automobile for the wife of a named insured who is using that automobile with the consent of the named insured is not insured against liability to such wife by a standard liability policy on that automobile.

Judgment affirmed.

Taft, C. J., Zimmerman, O'Neill, Herbert and Schneider, JJ., concur.

Matthias, J., dissenting.